1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ALICE HATANO,

    *Petitioner*,

vs.

RAND BEERS, *et al.*

    *Respondents*.

2:13-cv-01982-GMN-VCF

ORDER

**IT IS ORDERED** that, following also upon the notice (#11) of mootness filed by respondents, petitioner's notice or motion (#12) of voluntary dismissal is **GRANTED** and that this action shall be **DISMISSED without prejudice as moot**.

The Clerk of Court shall enter final judgment accordingly, **DISMISSING** this action **without prejudice**.

**DATED** this 19th day of November, 2013.

_____
Gloria M. Navarro
United States District Judge