DANIEL G. BOGDEN
United States Attorney
District of Nevada
Nevada Bar No. 2137
CARLOS A. GONZALEZ
Assistant United States Attorney
333 South Las Vegas Blvd. Suite 5000
Las Vegas, NV 89101
Tel: (702) 388-6336
Fax: (702) 388-6787
Email:  Carlos.Gonzalez2@usdoj.gov
Attorneys for the United States

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ALICE HATANO, | ) |
| Petitioner, | ) |
| v. | ) Case No: 2:13-cv-01982-GMN-VCF |
| RAND BEERS, *et al.* | ) |
| Respondents. | ) |

## **MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY**

THE UNITED STATES ATTORNEY for the District of Nevada hereby moves, pursuant to LR-IA-10-3, for the admission of Sherease R. Pratt to the Bar of this Court for the purpose of representing the defendants in the above-captioned litigation.

Sherease R. Pratt is a member in good standing of the State Bar of New York (Bar # 2620912). She is an attorney employed by the United States Department of Justice, Civil Division, Office of Immigration Litigation, and her office is located in Washington, D.C.

Ms. Pratt can be contacted/served at the following address:

Sherease Pratt, Esq.
Trial Attorney
Office of Immigration Litigation
District Court Section
U.S. Department of Justice, Civil Division
Liberty Square Building
450 5th Street N.W., Suite 6104
Washington, D.C. 20044
PH: (202) 616-0063 / 202-616-8962
Email: sherease.pratt@usdoj.gov

It is respectfully requested that an order be issued permitting Ms. Pratt to practice before this court in this action.

Dated: November 21, 2013.

    Respectfully submitted

    DANIEL G. BOGDEN
    United States Attorney

    */s/ Carlos A. Gonzalez*
    CARLOS A. GONZALEZ
    Assistant United States Attorney

**IT IS SO ORDERED.**

_____
Gloria M. Navarro
United States District Judge

**DATED:  11/22/13**

2